# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No.: 4:14CR00213-4 HEA |
| ) | |
| AMBER SCHLOTTACH, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW Defendant, AMBER SCHLOTTACH, by and through her counsel, Allison F. Stenger, and respectfully requests early termination of her probation in the instant matter, and in support of her motion states as follows:

1. Defendant pled guilty to a single count of conspiracy to commit money laundering and was sentenced to three years of probation on June 30, 2015.

2. Counsel has conferred with Defendant's probation officer in this matter, and the probation officer confirmed that Defendant completed half of her probation as of December 29, 2016.

3. Defendant has maintained employment prior to and throughout her probation, namely as a server at BrickTop's Restaurant for the past two years.

4. Defendant is 26 years old with no other criminal record.

WHEREFORE, Defendant respectfully requests that her probation be terminated immediately, or if necessary, that she be heard regarding the instant motion at the Court's earliest convenience.

1

Respectfully submitted,

/s/ Allison F. Stenger
ALLISON F. STENGER, #65208
Attorney for Defendant
1505 S. Big Bend Blvd.
St. Louis, Missouri 63117
Telephone: (314) 863-1117
Fax: (314) 863-1118
Email: astenger@lawsaintlouis.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of January, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of records.

/s/ Allison F. Stenger